FARMERS BANK AND TRUST COMPANY v. CAPTAIN WILLIAM M. MURPHY, W. H. MALPASS AND SAMUEL SNELL, INTERVENER, DEFENDANTS.

(Filed 30 March, 1927.)

APPEAL by Samuel Snell, intervener, from *Grady, J.,* and a jury, at November Term, 1926, of PENDER. No error.

*Gavin & Boney, C. E. McCullen and Geo. R. Ward for plaintiff.*
*J. T. Bland for intervener, Samuel Snell.*

PER CURIAM. This case was here before. See *Bank v. Murphy,* 189 N. C., p. 479.

From a careful examination of the record we can discover no prejudicial or reversible error. The controversy appears to be one of fact, which has been determined by the jury. There is

No error.